# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ESTEBAN LUVIANO  
820 EAST RIVERSIDE BOULEVARD  
LOVES PARK, IL  61111  

SSN-xxx-xx-3438

Case Number: 06-71407

Case filed on: 8/10/2006  
Plan Confirmed on: 10/27/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,792.23        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RECEIVABLES MANAGEMENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CATHLEEN SPITSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ESTEBAN LUVIANO | 0.00 | 0.00 | 253.61 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 253.61 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 14,248.49 | 873.95 | 873.95 | 0.00 |
|  | Total Secured | 14,248.49 | 873.95 | 873.95 | 0.00 |
| 001 | CFC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 1,467.95 | 1,467.95 | 1,467.95 | 0.00 |
| 007 | JOSEPH & STEPHENS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 389.33 | 389.33 | 389.33 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ATTORNEY TERRY HOSS & | 309.00 | 309.00 | 309.00 | 0.00 |
| 016 | B-LINE LLC | 1,343.19 | 1,343.19 | 1,343.19 | 0.00 |
|  | Total Unsecured | 3,509.47 | 3,509.47 | 3,509.47 | 0.00 |
|  | Grand Total: | 20,457.96 | 7,083.42 | 7,337.03 | 0.00 |

Total Paid Claimant:       $7,337.03  
Trustee Allowance:         $455.20  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007            By   /s/Heather M. Fagan